## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

IN RE:                                                                                                               **CHAPTER 13**
**DOROTHY JEAN WASHINGTON**                                               **CASE NO. 10-52664-NPO**

### DEBTOR'S RESPONSE TO MOTION TO INCREASE PLAN PAYMENT

      **COMES NOW**, Dorothy Jean Washington, debtor herein, and denies that her current plan payments are insufficient to fund the Chapter 13 plan.

      Debtor prays the *Trustee's Motion to Increase Plan Payment* be denied.

      This the 25th day of May, 2011.

                                                           Respectfully submitted,

                                                         **DOROTHY JEAN WASHINGTON, Debtor**

                                                         /s/ Tracy S. Steen
                                                         TRACY S. STEEN

Tracy S. Steen (MSB #99954)
**TRACY S. STEEN, PLLC**
Post Office Box 321257
Flowood, Mississippi 39232-1257
Telephone:    (601) 664-2446
Facsimile:     (601) 664-2440
Email:         tsteen@steenlaw.net
***Attorney for Debtor***

## CERTIFICATE OF SERVICE

I, Tracy S. Steen, attorney for debtor herein, do hereby certify that I have this date served either via CM/ECF or U.S. Mail a true and correct copy of the *Response to Trustee's Motion to Increase Plan Payment*, to the U.S. Trustee and Chapter 13 Trustee.

THIS, the 25th day of May, 2011.

/s/ Tracy S. Steen
TRACY S. STEEN